**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000117**
**19-JUL-2011**
**08:20 AM**

NO. CAAP-11-0000117

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TAMARA SHINE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2DTC-10-010284)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that:

(1) on February 25, 2011, Defendant-Appellant Tamara Shine (Appellant) filed a notice of appeal; (2) the record on appeal was filed on April 20, 2011, and the appellate clerk filed a notice of entering case on calendar informing Appellant that the jurisdictional statement was due on May 2, 2011 and the opening brief was due on May 31, 2011; (3) Appellant did not file either document; (4) on June 15, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be

called to the attention of the court on June 22, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, July 19, 2011.

Chief Judge

Associate Judge

Associate Judge